452

Benjamin F. WHITEMAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 501, 2016

Supreme Court of Delaware.

Submitted: January 4, 2017

Decided: March 10, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 30604628DI

GRANTED. AFFIRMED.

In the MATTER OF the Petition of Darrell LAW for a Writ of Mandamus.

No. 10, 2017

Supreme Court of Delaware.

Submitted: January 23, 2017

Decided: March 13, 2017

DENIED.